DISTRICT OF COLUMBIA  4-11-17
333 CONSTITUTION AVE N-W
WASHINGTON D.C. 20001

Gerald JERRY WILSON, 047106
**Name and Prisoner/Booking Number**

Red Rock Corrections
**Place of Confinement**

1752 Arica Rd
**Mailing Address**

Ely AZ 85131
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

U.S. D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~ARIZONA~~

Gerald JERRY WILSON
(Full Name of Plaintiff),
Plaintiff,

vs.

(1) VANESSA M LESICCO
(Full Name of Defendant),
(2) Lydia E Gray
(3) Joseph G Welty
(4) GAlen Davis

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

Case: 1:17-cv-01348
Assigned To : Unassigned
Assign. Date : 7/7/2017
Description: Pro Se Gen. Civil

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☑ Other: STATUES- 18- USC- 1621-1622

2. Institution/city where violation occurred: MARICOPA COUNTY - AZ

RECEIVED
Mail Room
JUL - 3 2017

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Vanessa h Losicco__. The first Defendant is employed as: __presidetic__ at __Maricopa Superior Court__
   (Position and Title)                          (Institution)

2. Name of second Defendant: __Lydia E Gray__. The second Defendant is employed as: __Court Reporter__ at __Maricopa County__
   (Position and Title)                          (Institution)

3. Name of third Defendant: __Joseph C Welty__. The third Defendant is employed as: __Judge commissioner__ at __Maricopa County__
   (Position and Title)                          (Institution)

4. Name of fourth Defendant: __Galen Davis__. The fourth Defendant is employed as: __Maricopa Sheriff__ at __Phoenix Arizona__
   (Position and Title)                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __1st Amendment__
   __Right to Freedom__

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☒ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __Vanessa Marie LoSicco,__
   __malishous prosicution - unlawful__
   __search of residance while defendant__
   __was in county jail, after a traffic__
   __stop, officer Galen Davis - knows -__
   __He falseified, this finding of this__
   __illegal search, Defendants - was__
   __violated his can drivan home by__
   __police officer__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __14 years prison term - violates -__
   __ethics - law and court rules -__

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  __Writ of Habeas Corpus -__
      __Filed 2014 -__

3

The Notice below is included for purpose of FULL DISCLOSURE as per UCC, and as a warning noted by the flag for commercial grace that appears at the top of the Notice of Tort Claim.

# NOTICE OF FULL DISCLOSURE AS TO COMMERCIAL LIEN PROCESS, AGREEMENT OF THE PARTIES, NOTICE OF LIEN, UCC-1 AND NOTICE OF COMMERCIAL GRACE

> **A SECURITY (15 USC)**
> **THIS IS A U.S.S.E.C. TRACER FLAG**
> **NOT A POINT OF LAW**

One definition of "A SECURITY" is "any evidence of debt."

The Lien Claimant does NOT rely on Title 15 USC as a basis for the "commercial lien." All commercial processes, by using or relying upon notes or paper in commerce (for example; Federal Reserve Notes), must bear some sort of Federal tracking code, a State Recorder's number, or a serial number, which process must be accessible for inspection at the nearest relevant State Recorder's Office or be widely advertised. When a lien matures by default of the Lien Debtor as a result of the Lien Debtor's failure to rebut the affidavit of obligation point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization and other commercial transactions can be based; hence it becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S.S.E.C.). The notation "A Security 15 USC" is a flag in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce the lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open, and above board (full disclosure), The U.S.S.E.C. has no jurisdiction over it, for even the U.S.S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits and affidavits of obligations/commercial liens, and an unrebutted affidavit stands as the truth in commerce.

## LEGAL AUTHORITY:
Hebrew/Jewish commercial code-corollary, this Hebrew/Jewish commercial process is to Exodus 20;16. This Hebrew/Jewish commercial process is the best known commercial process in America. The biggest user is the Internal Revenue Service. The Internal Revenue Service uses all three tracking codes. The federal tracking code is the tax-payer's IRS document file number. The next stronger code is the State Recorder's number. The strongest most important and most universal code is the tax-payer's identification number (TIN), also known as the Social Security Number (SSN). The IRS collection process is legitimate however, the IRS assessment/lien process is a commercial fraud because it is not supported by commercial affidavits (of Truth) of obligation/commercial liens. The IRS issues only Notices of liens, but has those Notices fraudulently recorded on a "Tax Lien index" at the County Recorder's Office. Notices are not required to contain commercial affidavits, but a lawful Lien must contain a commercial affidavit with an itemized obligation/damages ledger.

## NOTICE:
The foundation of law, commerce, and the whole legal system consists of "telling the truth, the whole truth and nothing but the truth," either by testimony, deposition, and/or by affidavit. One sworn to tell the truth is compelled by high principles to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by proxy, or by subornation of an affiant or other person. Any judge or officer or government employee or otherwise who tampers with testimony, deposition, or affidavit is a threat to the Commercial Peace and Dignity of the County, State, and United States of America, and acting in the nature of a foreign enemy agent, committing a Mixed War! **WHOSOEVER** acts against Commercial Affidavits without executing the necessary Commercial Paperwork under affidavit is subject to being charged criminally for fraud. Commercial processes are fundamentally *non-judicial and pre-judicial.* No judge, court, law, or government can invalidate the Commercial Process, i.e. a Private Security Agreement, True Bill, or Lien based upon an affidavit, because no third party can invalidate an affidavit of TRUTH. Any action against Tort Claim/Lien/Affidavit process creates MIXED WAR. No one can rebut an affidavit except the proper party (lien debtor) who alone must rebut by affidavit within the established time limits. (Violations of Oaths of Office and constitutions, laws, codes, statutes, etc., equals Mixed War by them; 'foreign agents' in any office, at any level of government. **THEREFORE,** when a Tort Claim/Lien/Affidavit is so flagged in Commerce, it becomes a Federal Document because it can be translated into a Security (by being attached in support to a Commercial Lien UCC-1... filed under necessity). NOTICE; NON-ACCEPTANCE and/or NON FILING of a Commercial Lien/Affidavit is a Federal Offense.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPLE.**
**THIS CONSTITUTES FULL DISCLOSURE.**

4-1-

## COUNT II

1. State the constitutional or other federal civil right that was violated: Lydia E gray - violated 6TH Amendment.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This case was not provided with Dunnal hearing due to lack of assistance by appointed counsel. The prosecutor knows - there was no search warrant, and the defendant has the right to be present during residence search, violating the 4TH and 5TH Amendments - see p-4.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   
   Unlawful Imprisonment due to mistaken - prosecution - and lack of defense.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _1st Amendment Right - To Freedom -_

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☒ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _The commissioner was miss informed, and sentance this defendant to an excessive sentance. Also the court order a medigation hearing - But failed, to grant any relief, when the medigated facris defence counsel fails- to argue these ellegally - impressed alegations leading to a 14 yrs term._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Unlawfull Imprisonment violates- The constitution upon the First Amendment_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: _Defendant has suffered punitive damages - pain and suffer law suit settlement. Should be granted $1,000,000. In this case with release._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-11-17___    _/s/ Gerald Wilson_
              DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.